# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>M. CARRASCO, et al.,<br><br>            Defendants. | CASE NO. 1:11-cv-0010 AWI GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND, ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 9, 10) |

Plaintiff George Colbert ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 22, 2011, Plaintiff filed a motion for preliminary injunction (Doc. No. 9).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2012, the Magistrate Judge filed a Findings and Recommendation ("F&R") that recommended denying Plaintiff's motion for preliminary injunction.  Through an extension, Plaintiff had until September 25, 2012, to file objections.  Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b), the Court has reviewed this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed July 16, 2012 (Doc. No. 10), is ADOPTED in full; and

2.   Plaintiff's motion for preliminary injunction (Doc. No. 9) is DENIED.

IT IS SO ORDERED.

Dated:   September 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE