UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M. CARRASCO, et al.,<br><br>　　　　Defendants. | 1:11-cv-00010-AWI-GSA-PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME NUNC PRO TUNC (Doc. 38.) |

　　　　George K. Colbert ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint, filed by Plaintiff on May 24, 2013, against defendants Carrasco, Heil, Noyce, and Steadman ("Defendants") for retaliation in violation of the First Amendment. (Doc. 17.)

　　　　On November 25, 2014, Defendants filed a motion to extend the deadline for filing a motion for summary judgment on the issue of exhaustion of administrative remedies, from December 2, 2014 to December 12, 2014. (Doc. 38.) In light of the fact that Defendants filed their motion for summary judgment on the issue of exhaustion on December 12, 2014, the court finds good cause to grant Defendants an extension of time nunc pro tunc.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to extend time to file a motion for summary judgment on the issue of exhaustion is GRANTED nunc pro tunc.

IT IS SO ORDERED.

    Dated:   **January 29, 2015**                  **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE